1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

FILED

SEP 3 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. NO. 2:10-R-424 WBS  |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children or by Force, Fraud, and Coercion; 18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a Minor and Attempt; 18 U.S.C. § 2252(a)(2) - Distribution of Matter Containing a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2252(a)(4)(B) - Possession of Matter Containing a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct; 18 U.S.C. §§ 1594(d)(1) and 2253 - Forfeiture Allegations |
| v. | |
| JAMAL KAREEM WARREN, MARIO LONDELL BOYD, and ASHLEY NICOLE EVON, | |
| Defendants. | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children or by Force, Fraud, and Coercion]

The Grand Jury charges:  T H A T

JAMAL KAREEM WARREN,
MARIO LONDELL BOYD, and
ASHLEY NICOLE EVON,

defendants herein, between in or about November, 2009, and on or

1

1 about December 15, 2009, in the State and Eastern District of
2 California, in and affecting interstate commerce, knowingly
3 recruited, enticed, harbored, transported, provided, obtained, and
4 maintained by any means, a person, to wit: a 16 year-old girl
5 identified as B.H., knowing and in reckless disregard of the fact
6 that force, threats of force, fraud, and coercion, and any
7 combination thereof, would be used to cause the person to engage in
8 a commercial sex act, and that the person had not attained the age
9 of 18 years and would be caused to engage in a commercial sex act,
10 in violation of Title 18, United States Code, Sections 1591(a)(1)
11 and 2.
12 COUNT TWO:   [18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a Minor and Attempt]
13
14    The Grand Jury further charges: T H A T
15            JAMAL KAREEM WARREN,
16 defendant herein, beginning in or about November 2009, and
17 continuing to on or about December 15, 2009, in Sacramento County,
18 within the State and Eastern District of California, and elsewhere,
19 knowingly employed, used, persuaded, induced, enticed, and coerced
20 a minor, to wit: B.H., to engage in sexually explicit conduct for
21 the purpose of producing visual depictions of such conduct,
22 knowing and having reason to know that such visual depictions would
23 be transmitted using any means and facility of interstate and
24 foreign commerce and in and affecting interstate commerce, where
25 the visual depictions were produced and transmitted using materials
26 that have been mailed, shipped, and transported in and affecting
27 interstate and foreign commerce by any means, including by
28 computer, and the visual depictions were transmitted using any

1 means and facility of interstate and foreign commerce and in and
2 affecting interstate and foreign commerce, all in violation of
3 Title 18, United States Code, Sections 2251(a) and (e).
4 COUNT THREE:   [18 U.S.C. § 2252(a)(2) - Distribution of Matter
                Containing a Visual Depiction of a Minor Engaged in
5               Sexually Explicit Conduct]
6      The Grand Jury further charges: T H A T
7                    JAMAL KAREEM WARREN,
8 defendant herein, between in or about November, 2009, and on or
9 about December 15, 2009, in Sacramento County, within the State and
10 Eastern District of California, and elsewhere, did knowingly
11 distribute visual depictions using a means and facility of
12 interstate and foreign commerce, and that had been transported in
13 and affecting interstate and foreign commerce, and which contained
14 materials which had been so transported, by any means, including by
15 computer, where the production of such visual depictions involved
16 the use of a minor engaged in sexually explicit conduct and such
17 visual depictions were of such conduct as defined in Title 18,
18 United States Code, Section 2256(2), all in violation of Title 18,
19 United States Code, Section 2252(a)(2).
20 COUNT FOUR:    [18 U.S.C. § 2252(a)(4)(B)- Possession of Matter
                Containing a Visual Depiction of a Minor Engaged in
21               Sexually Explicit Conduct]
22     The Grand Jury further charges:  T H A T
23                    JAMAL KAREEM WARREN,
24 defendant herein, on or about April 6, 2010, in Sacramento County
25 within the State and Eastern District of California, and elsewhere,
26 did knowingly possess matter which contained visual depictions that
27 had been transported using a means and facility of interstate and
28 foreign commerce, and in and affecting interstate and foreign

3

1  commerce and which were produced using materials which had been so
2  transported, by any means, including by computer, and the
3  production of such visual depictions involved the use of a minor
4  engaged in sexually explicit conduct, and such visual depictions
5  were of such conduct as defined in Title 18, United States Code,
6  Section 2256, all in violation of Title 18, United States Code,
7  Section 2252(a)(4)(B).

8  FORFEITURE ALLEGATION: [18 U.S.C. § 1594(d)(1), Fed.R.Cr.P. 32.2]

9      1.  The allegations contained above in this Indictment are
10 realleged and incorporated herein for the purpose of alleging
11 forfeiture pursuant to 18 U.S.C. § 1594(d)(1).

12     2.  Upon conviction of the offense alleged in Count One of
13 this Indictment, defendant JAMAL KAREEM WARREN shall forfeit to the
14 United States, pursuant to 18 U.S.C. § 1594(d)(1), any property,
15 real or personal, used or intended to be used to commit or to
16 facilitate the commission of such violation, including but not
17 limited to the following:

18     a.  Compaq computer; and
19     b.  Blackberry PDA.

20 FORFEITURE ALLEGATION: [18 U.S.C. § 2253, Fed.R.Cr.P. 32.2]

21     3.  The allegations contained above in this Indictment are
22 realleged and incorporated herein for the purpose of alleging
23 forfeiture pursuant to 18 U.S.C. § 2253.

24     4.  Upon conviction of one or more of the offenses alleged in
25 Counts Two through Four of this Indictment, defendant JAMAL KAREEM
26 WARREN shall forfeit to the United States, pursuant to 18 U.S.C. §
27 2253, any and all matters which contain any visual depiction(s)
28 produced, transported, mailed, shipped or received in violation

1 thereof; and any property, real or personal, used or intended to be
2 used to commit or to promote the commission of such violation(s) or
3 any property traceable to such property, including but not limited
4 to the following:

       a.    Compaq computer; and

       b.    Blackberry PDA.

5. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Four of this Indictment:

       a.    cannot be located upon the exercise of due diligence;

       b.    has been transferred or sold to, or deposited with, a third person;

       c.    has been placed beyond the jurisdiction of the Court;

       d.    has been substantially diminished in value; or

       e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant JAMAL KAREEM WARREN up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

5

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

THE UNITED STATES OF AMERICA

vs.

JAMAL KAREEM WARREN,
MARIO LONDELL BOYD,
and ASHLEY NICOLE EVON

---

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children or by Force, Fraud, and Coercion; 18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a Minor and Attempt; 18 U.S.C. § 2252(a)(2) - Distribution of Matter Containing a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2252(a)(4)(B) - Possession of a Matter Containing a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct; 18 U.S.C. §§ 1594(d)(1) and 2253 - Criminal Forfeiture

---

*A true bill,*

/S/
_____
*Foreman.*

*Filed in open court this* 30 *day*

*of* SEPTEMBER *, A.D. 20* 10

_____
*Clerk.*

*Bail, $* **NO BAIL WARRANT** - until hearing

---

GPO 863 525

# PENALTY SLIP

## JAMAL KAREEM WARREN

COUNT ONE:
VIOLATION:       18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children

PENALTY:         15 years mandatory minimum to life maximum imprisonment;
                 Not more than $250,000 fine, or both;
                 5 years to life supervised release.


COUNT TWO:
VIOLATION:       18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a Minor and Attempt

PENALTY:         Not less than 15 years nor more than 30 imprisonment;
                 Not more than $250,000 fine, or both;
                 5 years to possible life term supervised release.


COUNT THREE:
VIOLATION:       18 U.S.C. § 2252(a)(2) - Distribution of Matter Containing a Depiction of a Minor Engaged in Sexually Explicit Conduct

PENALTY:         5 years mandatory minimum to 20 years maximum imprisonment;
                 Not more than $250,000 fine, or both;
                 5 years to life supervised release.


COUNT FOUR:
VIOLATION:       18 U.S.C. § 2252(a)(4)(B) - Possession of a Matter Containing a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct

PENALTY:         Not more than 10 years imprisonment;
                 Not more than $250,000 fine, or both;
                 5 years to life supervised release.


NOTICE OF FORFEITURE:
                 18 U.S.C. §§ 1591(d)(1) and 2253 - Criminal Forfeiture

PENALTY:         As directed by Indictment.

ASSESSMENT:      Mandatory $100 special assessment each count.

## PENALTY SLIP

**MARIO LONDELL BOYD**

COUNT ONE:
VIOLATION:          18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children

PENALTY:            15 years mandatory minimum to life maximum imprisonment;
                    Not more than $250,000 fine, or both;
                    5 years to life supervised release.

ASSESSMENT:         Mandatory $100 special assessment each count.

# PENALTY SLIP

**ASHLEY NICOLE EVON**

COUNT ONE:
VIOLATION:           18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children

PENALTY:             15 years mandatory minimum to life maximum imprisonment;
                     Not more than $250,000 fine, or both;
                     5 years to life supervised release.

ASSESSMENT:          Mandatory $100 special assessment each count.